**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

ANTTONIO J. ROLLINS,

     Petitioner,                      Case No. 16-11341

v.

STEVEN RIVARD,

     Respondent.

_____/

JUDGMENT

In accordance with the "Opinion and Order Denying the Petition for Writ of

Habeas Corpus and Declining to Issue a Certificate of Appealability or Leave to Proceed

In Forma Pauperis on Appeal" entered on December 6, 2016,


IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent

Steven Rivard and against Petitioner Anttonio J. Rollins. Dated at Port Huron, Michigan,

this sixth day of December, 2016.


                                       DAVID J. WEAVER
                                       CLERK OF THE COURT

                                       By: s/Lisa Wagner
                                         Lisa Wagner, Case Manager
                                       to Judge Robert H. Cleland


S:\Cleland\TLH\Habeas\16-11341.ROLLINS.judgment.wpd